IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAXTON HOWARD, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 3:21-cv-00086 |
| | ) Judge Aleta A. Trauger |
| ELLIS MOVING AND STORAGE, LLC and NICK GOINS, | ) |
|     Defendants. | ) |

## ORDER

Before the court is plaintiff Paxton Howard's Motion for Summary Judgment, seeking judgment in his favor in the amount of $1,280 on his claims under the Fair Labor Standards Act and quantum meruit/breach of contract. (Doc. No. 20.) The defendant concedes that there are no material factual disputes and does not oppose the Motion for Summary Judgment. It expressly acknowledges that the plaintiff is entitled to judgment in his favor and an award in the amount of $1,280 for unpaid work for a period of eight days. (Doc. No. 32, at 2.)[1]

Accordingly, the plaintiff's Motion for Summary Judgment is **GRANTED**.

The Clerk shall enter judgment for the plaintiff in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge

---

[1] The defendant further points out that its Answer to the Amended Complaint also established the absence of any material factual disputes. It states that, prior to the taking of any discovery in this matter, it made reasonable attempts to settle the plaintiff's claims, including by making a Rule 68 offer of judgment, in an effort to avoid unnecessary litigation expenses and attorney's fees (Doc. No. 32, at 2), apparently to no avail.